THOMAS J. ROCHE, Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

Argued December 1, 1936; decided December 31, 1936.

*William Dike Reed* for appellant.

*Milton Pinkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.